389 A.2d 1202

**COMMONWEALTH of Pennsylvania**

v.

**Pamela HECKATHORNE, Appellant.**

Superior Court of Pennsylvania.

Submitted Nov. 23, 1977.

Decided July 12, 1978.

John W. Peck, II, Assistant Public Defender, Greensburg, for appellant.

Albert M. Nichols, District Attorney, Greensburg, for Commonwealth, appellee.

* Because of our disposition of the ineffectiveness issue we need not discuss a second issue raised by appellant.

Before WATKINS, President Judge, and JACOBS, HOFFMAN, CERCONE, PRICE, VAN der VOORT and SPAETH, JJ.

PER CURIAM:

The six Judges who decided this case being equally divided, the judgment of sentence is affirmed.

WATKINS, former President Judge, did not participate in the consideration or decision of this case.